UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 13-cv-08799 |
| THIS DOCUMENT RELATES TO:<br><br>Darby Financial Products *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Barclays Bank PLC *et al.*<br><br>Defendants. | **Stipulation And Order Of Dismissal With Prejudice Of JPMorgan Chase & Co., JPMorgan Dublin, PLC And JPMorgan Chase Bank, N.A. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Darby Financial Products and Capital Ventures International and Defendants JPMorgan Chase & Co., JPMorgan Dublin, PLC, and JPMorgan Chase Bank, N.A. (together, "JPMorgan"), that all of Plaintiffs' claims against JPMorgan only are hereby dismissed with prejudice from the action *Darby Financial Products et al.* v. *Barclays Bank PLC et al.*, No. 13-cv-08799, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.  For the avoidance of doubt, this stipulation of dismissal applies only to JPMorgan, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

1

Dated: December 12, 2024

| | |
|---|---|
| *On Behalf of Plaintiffs Darby Financial Products and Capital Ventures International* | *On behalf of Defendants JPMorgan Chase & Co., JPMorgan Dublin PLC, and JPMorgan Chase Bank, N.A.* |

_/s/ Dan Brockett_

Daniel L. Brockett
QUINN EMANUEL URQUHART &
   SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
T: (212) 849-7000
E: danbrockett@quinnemanuel.com

Jeremy D. Andersen
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
T: (213) 443-3000
E: jeremyandersen@quinnemanuel.com

*Counsel to Darby Financial Products and Capital Ventures International*

_/s/ Alan Turner_

Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2500
E: aturner@stblaw.com

*Counsel to JPMorgan Chase & Co., JPMorgan Dublin PLC, and JPMorgan Chase Bank, N.A.*

**SO ORDERED:**

Dated:

_____

_____
Hon. Naomi Reice Buchwald
United States District Judge

2