UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>*County of San Diego v. Bank of America Corp., et al.*, No. 13-cv-00667;<br><br>*City of Riverside, et al. v. Bank of America Corp., et al.*, No. 13-cv-00597;<br><br>*City of Richmond, et al. v. Bank of America, Corp. et. al.*, No. 13-cv-00627;<br><br>*County of San Mateo, et al. v. Bank of America Corp., et al.*, No. 13-cv-00625;<br><br>*East Bay Municipal Utility District v. Bank of America Corp., et al.*, No. 13-cv-00626;<br><br>*San Diego Association of Governments v. Bank of America Corp., et al.*, No. 13-cv-05221;<br><br>*County of Sacramento v. Bank of America Corp., et al.*, No. 13-cv-05569;<br><br>*The Regents of the University of California v. Bank of America Corp., et al.*, No. 13-cv-05186;<br><br>*County of Sonoma, et al. v. Bank of America Corp., et al.*, No. 13-cv-05187; and<br><br>*City of Mendocino v. Bank of America Corp., et al.*, No. 13-cv-08644. | **Stipulation of Dismissal with Prejudice of Defendant Royal Bank of Canada Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs in the above-captioned actions and Defendant Royal Bank of Canada that all of Plaintiffs' respective claims against Defendant Royal Bank of Canada only are hereby dismissed with prejudice from the actions *City*

1

of Richmond, et al. v. Bank of America Corp., et al., No. 13-cv-00627; *City of Riverside, et al. v. Bank of America Corp., et al.*, No. 13-cv-00597; *County of Mendocino v. Bank of America Corp., et al.*, No. 13-cv-08644; *County of Sacramento v. Bank of America Corp., et al.*, No. 13-cv-05569; *County of San Diego v. Bank of America Corp., et al.*, No. 13-cv-00667; *County of San Mateo, et al. v. Bank of America Corp., et al.*, No. 13-cv-00625; *County of Sonoma, et al. v. Bank of America Corp., et al.*, No. 13-cv-05187; *East Bay Municipal Utility District v. Bank of America Corp., et al.*, No. 13-cv-00626; *San Diego Association of Governments v. Bank of America Corp., et al.*, No. 13-cv-05221; and *The Regents of the University of California v. Bank of America Corp., et al.*, No. 13-cv-05186,[1] pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: November 26, 2024

_____  
Nanci E. Nishimura  
Cotchett, Pitre & McCarthy, LLP  
San Francisco Airport Office Center  
840 Malcolm Road  
Burlingame, CA 94010  
Email: nnishimura@cpmlegal.com  

*Counsel to Plaintiffs*

_____  
Brian J. Poronsky  
J Matthew Haws  
Anna Porter  
KATTEN MUCHIN ROSENMAN LLP  
525 West Monroe Street  
Chicago, Illinois 60661  
Telephone: (312) 902-5200  
brian.poronsky@kattenlaw.com  
matthew.haws@katten.com  
anna.porter@katten.com  

*Counsel to Defendant Royal Bank of Canada*

---

[1] *See* Direct Action Plaintiffs' Consolidated First Amended Complaint, 11-MD-2262, Dkt. No. 684.