UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>*County of San Diego v. Bank of America Corp., et al.*, No. 13-cv-00667;<br><br>*City of Riverside, et al. v. Bank of America Corp., et al.*, No. 13-cv-00597;<br><br>*City of Richmond, et al. v. Bank of America, Corp. et. al.*, No. 13-cv-00627;<br><br>*County of San Mateo, et al. v. Bank of America Corp., et al.*, No. 13-cv-00625;<br><br>*East Bay Municipal Utility District v. Bank of America Corp., et al.*, No. 13-cv-00626;<br><br>*San Diego Association of Governments v. Bank of America Corp., et al.*, No. 13-cv-05221;<br><br>*County of Sacramento v. Bank of America Corp., et al.*, No. 13-cv-05569;<br><br>*The Regents of the University of California v. Bank of America Corp., et al.*, No. 13-cv-05186;<br><br>*County of Sonoma, et al. v. Bank of America Corp., et al.*, No. 13-cv-05187; and<br><br>*City of Mendocino v. Bank of America Corp., et al.*, No. 13-cv-08644. | **Stipulation of Dismissal with Prejudice of Defendant Credit Suisse Group AG Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs in the above-captioned actions and Defendant Credit Suisse Group AG[1] that all of Plaintiffs' respective claims against

---

[1] Credit Suisse Group AG was merged with and into UBS AG and ceased to exist.

1

Defendant Credit Suisse Group AG only are hereby dismissed with prejudice from the actions *City of Richmond, et al. v. Bank of America Corp., et al.*, No. 13-cv-00627; *City of Riverside, et al. v. Bank of America Corp., et al.*, No. 13-cv-00597; *County of Mendocino v. Bank of America Corp., et al.*, No. 13-cv-08644; *County of Sacramento v. Bank of America Corp., et al.*, No. 13-cv-05569; *County of San Diego v. Bank of America Corp., et al.*, No. 13-cv-00667; *County of San Mateo, et al. v. Bank of America Corp., et al.*, No. 13-cv-00625; *County of Sonoma, et al. v. Bank of America Corp., et al.*, No. 13-cv-05187; *East Bay Municipal Utility District v. Bank of America Corp., et al.*, No. 13-cv-00626; *San Diego Association of Governments v. Bank of America Corp., et al.*, No. 13-cv-05221; and *The Regents of the University of California v. Bank of America Corp., et al.*, No. 13-cv-05186,[2] pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: December 13, 2024

/s/ Nanci E. Nishimura

Nanci E. Nishimura
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Email: nnishimura@cpmlegal.com

*Counsel to Plaintiffs*

/s/ Jason Hall

Herbert S. Washer
Joel Kurtzberg
Jason M. Hall
Edward Moss
Adam S. Mintz
Lauren Perlgut
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
hwasher@cahill.com
jkurtzberg@cahill.com
jhall@cahill.com
emoss@cahill.com
amintz@cahill.com
lperlgut@cahill.com

*Attorneys for Defendant Credit Suisse Group AG*

---

[2] *See* Direct Action Plaintiffs' Consolidated First Amended Complaint, 11-MD-2262, Dkt. No. 684.